IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WALTER F. SCOTT,            )<br>          Plaintiff,    )<br>                         )<br>v.                       )<br>                         )<br>McNEARNEY & ASSOCIATES, L.L.C.,  )<br>*et al.*,                    )<br>          Defendants.   ) | Case No. 4:03CV01160CAS |

**DEFENDANT LAWYER'S FORECLOSURE SPECIALISTS, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Lawyer's Foreclosure Specialists, Inc., (hereafter "Lawyer's Foreclosure"), Defendant, respectfully requests the Court to enter summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure in favor of Defendant, Lawyer's Foreclosure as there is no genuine issue of material fact in dispute, and Lawyer's Foreclosure is entitled to judgment in its favor concerning all remaining counts of Plaintiff's second amended complaint as a matter of law.  In support of this motion, Lawyer's Foreclosure files its accompanying memorandum in support and statement of un-controverted facts for the Court's consideration.

Respectfully submitted,
McNEARNEY & ASSOCIATES, L.L.C.


By: *s/Brandon T. Pittenger*
Brandon T. Pittenger, #124057
11350 Tomahawk Creek Parkway, Suite 100
Leawood, KS 66211
(913) 323-4595
(913) 661-1747 Facsimile
ATTORNEYS FOR DEFENDANT,
LAWYER'S FORECLOSURE
SPECIALISTS, INC.

1

**CERTIFICATE OF SERVICE**

       I certify that the above and foregoing document was served via U.S. Mail, postage prepaid on this 1st day of February 2005 to:

Walter F. Scott
3250 Lucas & Hunt Road
St. Louis, MO 63121
PLAINTIFF, *Pro se*

       I further certify that the above and foregoing document was served by means of the Court's Notice of Electronic Filing this 1st day of February 2005 to:

Richard C. Wuestling, IV
Wuestling and James
720 Olive Street, Suite 2020
St. Louis, MO 63101
ATTORNEY FOR DEFENDANT
McNearney & Associates, LLC

John M. Borbonus
2000 N. Hanley Rd.
St. Louis, MO 63144
ATTORNEY FOR DEFENDANT,
Centex Home Equity Company, LLC

                                                           */s/Brandon T. Pittenger*
                                                           Brandon T. Pittenger